# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TERRELL HARPER and CATHERINE HARPER, husband and wife, <br><br> Plaintiffs, <br><br> vs. <br><br> TRI-STATE MEMORIAL HOSPITAL, a Washington non-profit corporation, et al., <br><br> Defendants. | No. CV-07-036-LRS <br><br> **ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER** |

Good cause appearing and there being no objection from Defendants, Plaintiffs' Motion To Vacate Scheduling Order (Ct. Rec. 24) is **GRANTED**.[1] The current scheduling order (Ct. Rec. 10) is **VACATED**.

Plaintiffs' Motion For Order To Release File (Ct. Rec. 21) will be addressed by a forthcoming separate order. Once that motion is resolved, an amended scheduling order will be issued.

**IT IS SO ORDERED**. The District Executive shall forward copies of this order to counsel of record, including Danny J. Radakovich, Esq.

**DATED** this   3rd   of March, 2008.

*s/Lonny R. Suko*

LONNY R. SUKO
United States District Judge

---

[1] Plaintiffs' Motion To Expedite Hearing of the same (Ct. Rec. 28) is **GRANTED**.

**ORDER GRANTING MOTION TO VACATE SCHEDULING ORDER-    1**